## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 134 EM 2014
:
         Respondent     :
:
:
:
         v.           :
:
:
:
CAESAR GRANT,       :
:
         Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2014, the Petition for Assumption of Jurisdiction is **DENIED**.